1
2
3
4                    **UNITED STATES DISTRICT COURT**

5                          **DISTRICT OF NEVADA**

6
     UNITED STATES OF AMERICA,            )
7                                         )
                         Plaintiff,       )
8                                         )        2:05-cr-00222-RCJ-LRL
                vs.                       )
9                                         )
     EDDIE SHELBY et al.,                 )              **ORDER**
10                                        )
                         Defendants.      )
11   _____ )

12          A grand jury indicted Defendant Eddie Shelby of three counts each counts of distribution

13   of a controlled substance (methamphetamine) and distribution of a controlled substance (cocaine

14   base).  Defendant pled guilty to all six counts pursuant to a plea agreement, and the Court

15   sentence him to six concurrent 148-month terms of imprisonment, to be followed by five years of

16   supervised release.  Defendant moved under 18 U.S.C. § 3582(c) to have his sentence reduced

17   via application of retroactive sentencing guidelines that reduce the sentencing ranges for crimes

18   involving certain quantities of cocaine base.  The Court denied the motion at a hearing attended

19   telephonically by Defendant, finding him ineligible for a reduction because of his binding plea

20   agreement to a particular length of sentence and his career offender status.  Defendant appealed.

21   At the request of the United States, the Court stayed a subsequent identical motion pending the

22   Court of Appeals' ruling on the first motion.

23          The Court of Appeals has filed an order noting that although Defendant lost his ability to

24   appeal denial of his motion as of right when he filed his notice of appeal more than fourteen days

25   after the judgment of conviction, because he filed the notice of appeal within thirty days of the

expiration of time to do so, this Court must give him notice and an opportunity to be heard as to whether a discretionary extension should be granted by this Court.

**CONCLUSION**

IT IS HEREBY ORDERED that Defendant shall file a brief within twenty-one (21) days of the entry of the present Order into the electronic docket, explaining why there was good cause for his failure to timely appeal or why the failure was caused by excusable neglect. The United States shall have fourteen (14) days thereafter to respond, and Defendant shall have fourteen (14) days thereafter to reply.

IT IS SO ORDERED.

Dated this 23rd day of May, 2013.

_____
ROBERT C. JONES
United States District Judge